**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1495**

HELEN RAMSEY,

      Plaintiff - Appellant,

       v.

BRANCH BANKING AND TRUST COMPANY; KAREN J. GLASCOCK; CAROL F. ORDESS,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:15-cv-00165-MHL)

Submitted:  August 24, 2017            Decided:  August 28, 2017

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Helen Ramsey, Appellant Pro Se. Alan Durrum Wingfield, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helen Ramsey appeals the district court's order granting Defendants' motion to dismiss and dismissing her fraud claim as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ramsey v. Branch Banking & Tr. Co.*, No. 3:15-cv-00165-MHL (E.D. Va. Mar. 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*